**Arnold M. Mellk, Esq. (AMM8682)**
**MELLK O'NEILL**
**51 E. Broad Street**
**Hopewell, New Jersey 08542**
**P: (609)-924-0700 / F: (609)-924-4822 / E: arnold@mellk-oneill.com**
**Attorneys for Defendants Lilian Gail Alston, Mike Seiler, Lisa Quackenbush, and Lori Swanson**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| Frank Fuzy and Marie Elena Fuzy, | : |
| | : |
| Plaintiffs, | : |
| v. | : |
| | : |
| WESTFIELD BOARD OF EDUCATION, | : |
| and its members (Peggy Oster (President), | : Civil Action No.: 2:19-cv-18434 |
| Amy Root (Vice President), Michael Bielen, | : (CCC-ESK) |
| Lynn Benner, Kent Diamond, Brendan | : |
| Galligan, Gretchan Ohlig, Tara Oporto, | : |
| Charles Ostroff.), in their individual and | :**NOTICE OF MOTION:** |
| personal capacity. | : |
| | :**TO DISMISS COUNTS III,** |
| Margaret Dolan, Superintendent, in her | :**VIII, X, XI, XVIII, and XIX** |
| personal and official capacity, David | :**OF THE COMPLAINT** |
| Duelks, principal of Tamaques, in his | : **PURSUANT TO** |
| personal and official capacity, and other | : *Fed. R. Civ. P.* **12(b)(6)** |
| high-level Employees as yet unknown | : |
| John and Jane Does, 1 - 10. | :     **and** |
| | : |
| Eileen DeFabio, Jennifer Ulrich | : |
| | : **FOR SUMMARY JUDGMENT** |
| The New Jersey Education Association, | : **AS TO COUNTS I, II, IV, V, VI, VII,** |
| and high-level officers and employees | : **IX, XII-XVII, XX** |
| including Marie E. Blistan, President, | :**OF THE COMPLAINT** |
| Maryanne Rodriguez, Union County NJEA | :**PURSUANT TO** |
| Branch, Aileen O'Driscoll, Esq., Director | :*Fed. R. Civ. Pro.* **56 and** |
| of Legal Affairs, The Local Union WEA | :*L. Civ. R.* **56.1** |
| President Lillian Gail Alston, former | : |
| President Mike Seiler, and Lisa | :**ON BEHALF OF** |
| Quackenbush, Lori Swanson, Building | :**DEFENDANTS** |
| Representative | :**LILIAN GAIL ALSTON** |
| | :**MIKE SEILER,** |
| Caruso, Smith Picini, PC, | :**LISA QUACKENBUSH, and** |
| | :**LORI SWANSON** |
| Defendants. | : |

1

To: <u>Daniel W. Sexton, Esq.</u>
329 Pacific Avenue
Jersey City, NJ 07304
(201)-332-5455
danielsextonesq@gmail.com
Attorneys for: Plaintiffs

**PLEASE TAKE NOTICE** that March 16, 2020, at 9:00am in the forenoon or as soon thereafter as counsel may be heard, Defendants Lilian Gail Alston, Mike Seiler, Lisa Quackenbush, and Lori Swanson (hereinafter "Moving Defendants") by and through their attorneys MELLK O'NEILL, shall move before the Honorable Claire C. Cecchi, United States District Judge, United States District Court, District of New Jersey, Newark Vicinage, Martin Luther King Building and U.S. Courthouse, 50 Walnut Street, Newark, NJ 07102, for an ORDER Dismissing Counts III, VIII, X, XI, XVIII, and XIX of the Complaint as against Moving Defendants pursuant to *Fed. R. Civ. P.* 12(b)(6), and Granting Summary Judgment in favor of Moving Defendants as to Counts I, II, IV, V, VI, VII, IX, XII, XIII, XIV, XV, XVI, XVII, and XX of the Complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Moving Defendants shall rely upon the Brief, Statement of Material Facts, and Exhibits annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that Moving Defendants request Oral Argument if this Motion is Opposed.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is annexed hereto.

    MELLK O'NEILL
    Attorneys for Defendants
    Lilian Gail Alston,
    Mike Seiler,
    Lisa Quackenbush, and
    Lori Swanson

    By:*s/ Arnold M. Mellk*
    Arnold M. Mellk, Esq.

Date: February 13, 2020

<u>Case Proceeding Status:</u>
Initial Scheduling Conference
Scheduled for March 3, 2020, 11:00am
Before Hon. Edward S. Kiel, U.S.M.J.

**CERTIFICATION OF SERVICE**

Edward A. Cridge, Esq. (NJ Atty. ID No. 026462006) hereby certifies as follows:

I am an Attorney at Law of the State of New Jersey, and an associate at the law firm of MELLK O'NEILL, attorneys for Moving Defendants. On February 13, 2020, I caused the foregoing pleading to be electronically filed through the efiling system of the United States District Court for the District of New Jersey, and thereby effectuated service upon:

Daniel W. Sexton, Esq.
329 Pacific Avenue
Jersey City, NJ 07304
(201)-332-5455
danielsextonesq@gmail.com
Attorneys for: Plaintiffs


Derlys Maria Gutierrez, Esq.
Adams Stern Gutierrez & Lattiboudere LLC
1037 Raymond Blvd.
Suite 900
Newark, NJ 07102
(973)-735-2742
dgutierrez@asgllaw.com

Attorneys for Defendants:
Westfield Board of Education, President BOE Peggy Oster, VP BOE Amy Root, BOE Michael Bielen, BOE Lynn Benner, BOE Kent Diamond, Brendan Galligan, Gretchen Ohlig, Tara Oporto, Charles Ostroff, Principal Margaret Dolan, Principal David Duelks, Eileen DeFabio, Jennifer Ulrich

Keith Waldman, Esq.
Selikoff & Cohen PA
700 East Gate Drive, Ste. 502
Mount Laurel, NJ 08054
(856)-778-6055
kwaldman@selikoffcohen.com

Attorneys for Defendants:
The New Jersey Education Association, Marie Blistan, NJEA Union City Maryanne Rodriguez, NJEA Counsel Aileen O'Driscoll

<u>Fiona E. Cousland, Esq.</u>
Riker Danzig LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962
(973)-451-8463
fcousland@riker.com

Attorneys for Defendant Caruso, Smith, Pincini, P.C..


  I certify that the foregoing statements are true, and understand that if any such statement is willfully false, I am subject to punishment.


                 <u>*s/ Edward A. Cridge, Esq.*</u>
                 Edward A. Cridge, Esq.

Dated: February 13, 2020